**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Themba Bernard SANGANZA, a/k/a
Bernard Themba Sanganza,
Defendant-Appellant.**

**No. 17-7011**

United States Court of Appeals,
Fourth Circuit.

Submitted: December 21, 2017

Decided: January 16, 2018

---

Themba Bernard Sanganza, Appellant Pro Se. Kevin Patrick Hudson, Brian James Samuels, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Themba Bernard Sanganza seeks to appeal the district court's order denying his motion to dismiss the charges against him due to the Government's alleged violation of the plea agreement. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Sanganza seeks to appeal was entered prior to the imposition of his sentence, and as such, it is neither a final order nor an appealable interlocutory or collateral order.* Accordingly, we grant the Government's motion to dismiss and dismiss this appeal for lack of jurisdiction. We deny leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

---

* Sanganza may raise this claim in his appeal from final judgment, No. 17-4601 (filed Sept. 21, 2017).

fore this court and argument would not aid the decisional process.

*DISMISSED*